The second case of the day, United States v. Harmelech, Appeal No. 18-2169. Mr. Spivak, we saw each other yesterday. Busy week. The No. 2 case yesterday. That means he tries harder. Good morning, Your Honors. If the Court please. Your Honor, Barry Spivak on behalf of the defendant Avalon Ishaihu Harmelech. The principal issue in this appeal has to do with the calculation of loss. There's no doubt Mr. Harmelech caused a loss to the victim in this case, DirecTV. But that was based on the — but although he caused a loss, he didn't cause a net loss to DirecTV. Basically, what happened is the — I'm sorry, Judge. the loss amount. Should he profit from his apparent efforts to obstruct the audit? Based on the five buildings DirecTV was able to audit, it seems to me that the loss amount could have been much greater had he not instructed the building owners and managers not to cooperate. Your Honor, we believe that if an actual audit is done, it will actually turn out to be less. We think that they took a snapshot in time, and that snapshot in time is not accurate. And the fact of the matter is that once you take all the accounts into consideration and consider all the money that Mr. Harmelech made for DirecTV, it would dwarf that amount of money that DirecTV lost. What the government argued in this case basically was that all the accounts were fraudulent. And if you're going to say all the accounts are fraudulent, then I think you have to also look at all the money that was made on all of those accounts. And in fact, money was made. This is not like selling a particular item, and then once you sell it, it's gone and you don't have it anymore. This was basically selling air, in a sense. And the fact of the matter is by selling it at a cheaper rate to some people, DirecTV is still making money on it. They're not making as much money as they ought to make on it, but they are still making money on it. So they are not, in the end, losing. They're just not getting as much money as they should have gotten. But in the scheme of things, if he had not entered into these agreements, they would not have made any money at all. And I would note also, it appears to me that he has not given credit for the fact that he was also paying for the residential accounts. The residential accounts that were snuck into basically what the offense is about, that were put into the multi-dwelling units, and only the multi-dwelling units were paying DirecTV. But Mr. Harmelick had to pay DirecTV for those residential accounts also separately. And I don't think that the way they determined the loss, that they considered that. I think, almost jumping to the end of my argument, I think the issue here is that there was this sense that it was going to be impossible to figure out what an accurate assessment of loss would be. And so as a result of that, there were all sorts of imaginations and things to figure out as an alternative to the loss, rather than to figure out the actual loss in the case. The fact of the matter is... Was any consideration, Mr. Spivak, was any consideration given, and I'll ask the government the same thing, to using Mr. Harmelick's gain from this fraud to measure loss? I don't think there was, and I think that's because I don't think you use gain if you can determine loss. So gain is generally used when there's no way to determine the loss, and they felt that they had a way to determine loss. So gain, I don't believe, was considered in anything I've read in the record. And if I understand the... I have to say this loss amount strikes me as remarkably conservative in this case. But we have some elements, the value of equipment and accounts owing that were written off and the like, where that's just deadweight loss. There's nothing to offset against it. And then we've got the... Part of it was also used as the audit from a handful of these buildings. Correct, Your Honor. And that's... And in those cases, as I understand it, Mr. Harmelick did get credit for amounts paid. That was just the differential between standard, honest market price and the deceptive prices that Mr. Harmelick was paying because of the fraud. Yes, up to a point, Judge. It just strikes me, though, that he... And you're exactly right. But I'm not sure that Mr. Harmelick got credit for the fact that he did separately have to pay for those residential accounts. It wasn't paying it through the MDU, the multi-dwelling units, but they had to be paid somehow. They just weren't... The MDUs weren't paying it. The difference, the distinction of why it's still a fraud and it's a loss is that it is cheaper to go through the residential units than to send that same programming to the multi-district units. But I'm not sure that Mr. Harmelick ever did get credit for the fact that he did have to pay for the residential units separately. He did get credit for acceptance of responsibility, though, didn't he? Yes, Judge. Despite all these efforts to obstruct the investigation and while claiming that he was doing DirecTV a favor throughout this case? Well, I understand a couple of things. One is that Mr. Harmelick is not... He suffers from ADD or ADHD, so he's not in the best of health sometimes, the way I would put it. And so you can see when you look at the record how he would, like, interrupt the counsel. In terms of self-understanding? And things like that. But I think, Judge, he felt that he didn't cause DirecTV any harm. And he believed he didn't cause DirecTV harm because he believed that he made a significant amount of money for DirecTV. What you're describing is an attitude that is hard to reconcile with acceptance of responsibility. Well, he took responsibility for what he actually did, which was... He pled guilty. I get that. Well, I think he did a little more than that, Judge. I think he did more. I think he did accept the fact that he had put these residential receivers into the multi-dwelling unit buildings and that this caused... And this was a crime. And I think he did admit all that. So I think he did deserve acceptance of responsibility, Your Honor. I don't think there was anything wrong with that. And the government hasn't appealed as to whether he should have gotten... No, and the government hasn't asked for a higher...cross-appealed for a higher loss amount either. I'm just saying Mr. Harmelech is, in some respects, quite fortunate in the way he was treated in the district court. That's one perspective. And that's one perspective, Your Honor. But we feel that still the district court did not really give him consideration for all the money that he made for DirecTV. And I think maybe, you know, part of the problem is, right from the outset, it was a strange way to try to determine loss at all. The government, well, not the government, the government's witness, when she testified, talked about how it was impossible to determine the loss. In fact, I think when they were interviewed by the FBI, DirecTV didn't say it was impossible to figure out the loss. DirecTV said that it would be difficult or time-consuming to determine the loss, which I'm not sure is enough to not make an effort to find out what the actual loss was. Did you all propose an alternate number? Yes, an alternate number was proposed, and the judge did sort of an amalgam of different numbers. Originally, the government had a very large number. Then the government reduced it, and then it was still reduced some more. The defendant had his own number, and then the judge came up with her own. And what was the defense number, and how did you get it? I recall the original defense number was something – well, the defense number, there was no net loss, so it was zero from the defense. Okay. Yeah, the defense was always that it was zero because it was overwhelmed. The government kept coming down in places in order to figure out what the net loss was, and the judge then came up with an amalgam of the government's theory. I misspoke with that, Your Honor. Okay. But I do think – Does Mr. Harpling believe that DirecTV would have agreed to provide these services at the fraudulent rate? Would DirecTV – I can't answer that question, Your Honor, whether he would have believed that they would have agreed to do it at the fraudulent rate. I guess I would have to assume no because they have a system of determining what the amount should be. I still think that doesn't – Yeah, so, I mean, why should he benefit? Judge, he's not benefiting. What's happening is he – I just think that it should have been considered under 3553A and not as part of the loss because I believe that – I should be looking this way, Judge. I believe that the loss – Don't worry about me. No, I'm just a disembodied voice. I keep looking up in the air to the right and forgetting you're right in front of me. There was no actual net loss. But I do think there was fraud here and, therefore, under 3553A, you would say that the loss understates the seriousness of the offense and I think those aspects could be considered as part of 3553A. That's why I think they should have been considered. So, in conclusion, Your Honor, I think there was just a lot of confusion about how to figure out the loss itself. Coming into the case as the appellate lawyer, I have to say it took me a long time to figure out exactly how it was calculated under any circumstances. I think the fact of the matter was they couldn't or didn't want to take the time to determine what the actual loss was and ended up coming up with just a bunch of different figures when, in fact, they should have taken the time to determine what the loss was. And I think had they done that, again, we would have seen that the amount of gain that they made from what Mr. Harmelick did through the years – because, again, they said everything he did was fraudulent – through the years, they made money on what Mr. Harmelick did, even though he committed fraud, and he should be punished for the fact that the harm understates the seriousness of the offense. And for that reason, we're asking the case to be remanded for a new sentence. Thank you, Your Honor. Thank you, Mr. Spivak. For the government, Ms. Peterson. May it please the Court, Michelle Peterson for the United States, and we appear to ask that this Court affirm the defendant's sentence. The district court in this case properly calculated a very conservative estimate of loss based on four quantifiable categories of loss. Now, three of those categories of loss – How did DirecTV's records permit a more reliable estimate of the loss? If they knew what buildings were involved, couldn't they determine what services had been added and supplied to those buildings during the scheme? Unfortunately not. DirecTV could not figure out what programming each building was receiving without going to the building and physically inspecting the receivers themselves. And that's because when the defendant registered his residential single-family receivers, that's where DirecTV thought those receivers were placed. And DirecTV had no way of knowing if a receiver had been moved and put somewhere else without physically inspecting the equipment itself. And so when DirecTV – So what's with that? What's so difficult about physically inspecting the equipment? When the repairman or woman comes out, they always inspect the equipment. I apologize, Your Honor. DirecTV had a couple of problems actually inspecting equipment in this case. They went out and did a number of audits where they went to buildings and asked for permission to look at the equipment to see if they could take pictures of it and figure out what equipment was there. And in the record, it's Government Exhibit B, DirecTV wrote a report about all the times they went to various buildings and tried to get access. And there were numerous occasions when DirecTV went to a building and the building manager would not allow them to access the equipment. Told them, it's the defendant's company that accesses the equipment, not DirecTV. The defendant told us not to let you access it. You're not allowed to access it. And as time went on, DirecTV also learned that defendant was just removing some of the equipment from the buildings he serviced. So even if they had been able to get access, they would no longer have found the equipment there. And that's the problem in calculating the programming loss with specificity in this case is simply that in order to do that, DirecTV would have had to physically inspect all 100 and some buildings, multi-unit buildings of the defendant's service, and they just weren't able to do so. And that is why the district court and the government sort of came up with this more conservative but quantifiable categories of loss because it was loss that could be determined with precision rather than taking the small sample set and extrapolating it outwards. Can you give us a feel for the signal audit is retained by DirecTV to go and do some of this work, right? That's correct. Do they run into some of the similar problems of building managers telling them they can't inspect on-site? I believe that signal auditing did. By the time signal auditing got involved, the defendant was well aware of DirecTV's investigation. He had already had contact with DirecTV's investigators. Another thing that signal auditing did was simply to be involved helping DirecTV. Eventually, they beamed out, in essence, a message to every account they believe was affiliated with the defendant saying, there's a problem with your account. Please call DirecTV so we can resolve it, simply to try to figure out where some of these problems were occurring. So I do believe signal auditing ran. Signal auditing was able to get into some of the buildings, but certainly they were not able to get into all the buildings. Any estimate or can you give us any feel for the scope of the DirecTV investigation versus the scope of what signal audit did? Your Honor, off the top of my head, I cannot. I know both of them tried to access buildings. Neither of them tried to go to all 100 buildings. They went to a smaller sample set. Sometimes they were successful. Sometimes they were not. After they beam out this page that says to the viewer, contact us because there could be a problem, DirecTV then gets pushback, is that correct? Sometimes. And removes it? Or how does that work? Well, that was done towards the very end of the scheme because DirecTV did not want to just turn off programming because DirecTV believed that the nursing homes and the hospitals were likely sort of innocent victims in this. They didn't know that they had purchased fraudulent DirecTV. And so those signals were sent out simply to figure out where the fraudulent boxes were and to give those customers a chance to convert to a correct DirecTV account. But really the point of the beaming out of the signal was that it was a call so they could say, hey, you have a problem. We need to set you up on a real account that's done correctly where you're paying the correct amount and getting the channels that you're actually supposed to be getting. So that happened at the sort of very tail end before DirecTV ultimately just cut off programming for all of the harm or lack related accounts. Should the account delinquencies be treated as part of the loss? Couldn't DirecTV have cut off the services sooner than it did? I mean, I think DirecTV did not cut off the accounts right away for the reason that sort of I just talked about. They were worried that they would be cutting off programming for people in nursing homes and hospitals that sort of had no idea they had purchased fraudulent DirecTV. And during that time period, DirecTV was still providing services. It was still providing programming to the buildings, providing programming to the various defendant-related accounts. But once defendants sort of became aware DirecTV was investigating him, he stopped making payments on the accounts. He stopped making payments on the fraudulent residential accounts. And so for that time period, it should be part of the loss because DirecTV was trying to figure out what was going on. It didn't want to cut off programming prematurely. And as sort of time is going on, they're providing services that no one's paying for. The account delinquencies are also a fairly small portion of the loss amount. And so I think in this case, the district court was doing the best it could with the quantifiable losses. The defendant is not entitled to credits for the payments that he made, which is a big picture because the court's not required to offset the cost of him committing the crimes. He had to make the payments on these fraudulent accounts every month or the scheme couldn't go on. I'd also just like to clarify something that came up during the defendant's argument, and that is that in the fourth category of loss, the programming losses, defendant was given credit not only for payments that were made on behalf of that multi-unit buildings account. He was given credit for payments made on any fraudulent residential receiver that was found in that property. So he received credit for all payments made on all accounts that were related to those particular properties. And unless the court has any further questions, we'd ask again that you affirm the defendant's sentence. Thank you, Ms. Peterson. Mr. Spivak, rebuttal. Just quickly, Your Honor, I believe it was a few months before they, DirecTV, turned off the accounts. And I believe that, I know it sounds very, you know, and I imagine it could be part of the reason feeling that you don't want to be turning off accounts on nursing homes. I don't think these were all nursing homes. I assume there are other multi-dwelling units that are apartment buildings. No, but any business that is the target of a fraud like this has to make some tough choices. And those choices are imposed upon it by the defendant's crime. I understand that, Your Honor. But I think also the fact that in businesses, on the other hand, a business doesn't want to appear to be treating its customers, one customer paying for less for more than another customer because they have to be the same to all their accounts. That's the problem Mr. Harmelik imposed upon them, right? But I think in making the choice that they did, I think it does indicate that they didn't believe that they were losing the kind of money that the government or DirecTV states because I think most businesses would shut it off. I mean, it's basically that Mr. Harmelik is the one who's paying those bills or at least cut off the residential, fraudulent residential account ones. People would still have the multi-dwelling unit accounts. So I do think that that is significant that they didn't shut off those accounts. In any event, Your Honors, we do ask that the court remand it for a new sentence. Thank you very much. Thank you very much, Mr. Spivak. The case will be taken under advisement. Sorry, Judge Rovner, did you have something else you wanted to ask? No. Okay, I'm sorry. I thought I might have cut this off too quickly. All right. Thanks to all counsel in this case. The case will be taken under advisement, and the court will take a ten-minute recess.